UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Daria Mileva

                Plaintiff,

v.                                           Case No.: 1:20–cv–00123
                                                          Honorable Robert M. Dow Jr.

Trans Union, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 25, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the filing on the docket of a stipulation of dismissal [94], this action is dismissed as to Equifax Information Services, LLC with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Furthermore, given that all claims have now been dismissed as to all parties, this action is dismissed in its entirety consistent with the prior orders [60, 79, 85] dismissing the other Defendants. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.